IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS, | ) ) ) ) ) ) | No. 23-CV-956 |
| Plaintiffs, | ) ) | Judge Coleman |
| v. | ) | |
| JANECYK GLASS INCORPORATED, an Illinois Corporation, | ) ) ) | |
| Defendant. | ) | |

**AGREED MOTION FOR ENTRY OF JUDGMENT ORDER**

Plaintiffs and Defendant, by and through their undersigned counsel, hereby present their Motion for Entry of an Agreed Judgment Order against defendant JANECYK GLASS, INC., ("Janecyk") an Illinois corporation, as follows:

1. Plaintiffs filed this action to collect amounts owed on a fringe benefit compliance audit for the period from January 1, 2019 through December 31, 2022 (the "Audit"), including any contributions, liquidated damages, audit costs, and attorney's fees and costs that may be owed by Defendant.

2. The parties have agreed to have a judgment order entered against Defendant for $27,996.77 for amounts due to Plaintiffs during the Audit Period.

3. This amount breaks down to $22,204.22 in contributions; $3,330.63 in liquidated damages on those contributions; $631.92 in liquidated damages on monthly reports; and $1,800.00 in attorney's fees.

1

2

Wherefore, Plaintiffs and Defendant request that this Court enter the Agreed Judgment Order against Defendant JANECYK GLASS, INC. for $27,996.77 for the Audit Period January 1, 2019 through December 31, 2022.

Respectfully submitted,

| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, ET. AL. | JANECYK GLASS, INC. |
|---|---|
| /s/ Grant R. Piechocinski  <br>*One of Plaintiffs' Attorneys*  <br>Paul M. Egan  <br>Grant R. Piechocinski  <br>  <br>Arnold And Kadjan, LLP  <br>35 East Wacker Drive, Suite 600  <br>Chicago, Illinois 60601 | /s/ Todd Abraham Miller (consent)  <br>*One of Defendant's Attorneys*  <br>Todd Abraham Miller  <br>Kathleen Marie Cahill  <br>Megan Marie Moore  <br>Allocco, Miller & Cahill, P.C.  <br>20 N. Wacker Drive, Suite 3517  <br>Chicago, Il 60606-2806 |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS, | ) ) ) ) ) ) | No. 23-CV-956 |
| Plaintiffs, | ) ) | Judge Coleman |
| v. JANECYK GLASS INCORPORATED, an Illinois Corporation, | ) ) ) ) | |
| Defendant. | ) ) | |

## AGREED JUDGMENT ORDER

This matter coming to the Court on the parties' Agreed Motion for Entry of Judgment Order, notice being given,

IT IS HEREBY ORDERED THAT:

1. Judgment is entered against JANECYK GLASS, INC. for $27,996.77, which is limited to the audit period January 1, 2019 through December 31, 2022.

Enter: _____
Hon. Judge Coleman

Date: _____

WE HEREBY AGREE TO THE ENTRY OF THIS ORDER.

| | |
|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, ET. AL. | JANECYK GLASS, INC. |
| /s/ Grant R. Piechocinski<br>*One of Plaintiffs' Attorneys*<br>Paul M. Egan<br>Grant R. Piechocinski<br><br>Arnold And Kadjan, LLP<br>35 East Wacker Drive, Suite 600<br>Chicago, Illinois 60601 | /s/ Todd Abraham Miller<br>*One of Defendant's Attorneys*<br>Todd Abraham Miller<br>Kathleen Marie Cahill<br>Megan Marie Moore<br>Allocco, Miller & Cahill, P.C.<br>20 N. Wacker Drive, Suite 3517<br>Chicago, Il 60606-2806 |

JANECYK GLASS, INC.

BY: _____
Timothy Janecyk, President

PAUL M. EGAN
GRANT R. PIECHOCINSKI
***ARNOLD AND KADJAN LLP***
35 East Wacker, Suite 600
Chicago, Illinois 60601
(312) 236-0415

4